# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 97-30849

TED WHEELOCK,

Plaintiff-Appellant,

versus

PHILIP MORRIS USA,

Defendant-Appellee.

Appeal from the United States District Court
for the Eastern District of Louisiana

(95-CV-999)

May 7, 1998

Before POLITZ, Chief Judge, REAVLEY and JONES, Circuit Judges.

PER CURIAM:[*]

Ted Wheelock appeals an adverse summary judgment in his Title VII action

against his former employer, Philip Morris USA. Our review of the briefs and summary

judgment record discloses neither error of law nor abuse of discretion and the judgment

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appealed is therefore AFFIRMED.